UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>RUBY ANVARI, et al.,<br><br>    Defendants. | Case No. 20-cv-08748-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 22 |

Plaintiff Scott Johnson filed the instant suit against Defendants Ruby Anvari, et al. (Dkt. No. 1.)  Pursuant to the parties' stipulation, the joint site inspection deadline was August 4, 2021. (Dkt. No. 22.)  Plaintiff was then required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection per General Order 56.  Thus, Plaintiff's "Notice of Need for Mediation" was due by September 15, 2021.

As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation."  Plaintiff is therefore ordered to show cause by **January 26, 2022**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: January 19, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge